

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00464-CV

Omar Alonso **GONZALES** dba Alonso Diesel,
Appellant

v.

Luis **GALVAN** and Alamo Grading, LLC,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2015CV04916
Honorable David J. Rodriguez, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the appeal is DISMISSED FOR WANT OF PROSECUTION.

Costs of appeal are assessed against appellant.

SIGNED November 23, 2016.

Sandee Bryan Marion, Chief Justice